UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| AMERICAN COLLEGE OF PEDIATRICIANS, on behalf of its members, et al., | ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | No.:  1:21-CV-195-KAC-SKL |
| XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER OF RECUSAL**

Pursuant to 28 U.S.C. § 455, the undersigned judge hereby recuses herself in this matter.

IT IS SO ORDERED.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge
