UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| AMERICAN COLLEGE OF PEDIATRITIANS, *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*, )<br>)<br>*Defendants*. ) | Case No. 1:21-cv-195 |

**ORDER**

Pursuant to 28 U.S.C. § 455, the Honorable Katherine A. Crytzer, United States District Judge, has recused herself in this action. Accordingly, it is hereby **ORDERED** that this case is **REASSIGNED** to the Honorable Thomas A. Varlan, United States District Judge, for all further proceedings.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**CHIEF UNITED STATES DISTRICT JUDGE**