UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| American College of Pediatricians, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*,<br><br>Defendants. | Case No. 1:21-cv-195-TAV-SKL |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the Clerk is hereby asked to enter the appearance of Jordan L. Von Bokern, with the United States Department of Justice, Civil Division, Federal Programs Branch, as counsel for Defendants. Mr. Von Bokern hereby certifies pursuant to Local Rule 83.5(c) that he is an employee of the United States Government who is a member in good standing of the bar of the District of Columbia and is therefore authorized to appear in this matter without admission to the bar of this Court.

1

Dated: January 7, 2022               Respectfully submitted,

                                     BRIAN M. BOYNTON
                                     Acting Assistant Attorney General

                                     MICHELLE R. BENNETT
                                     Assistant Branch Director

                                     */s/ Jordan L. Von Bokern*
                                     JORDAN L. VON BOKERN (D.C. Bar No. 1032962)
                                     Trial Attorney
                                     Civil Division, Federal Programs Branch
                                     U.S. Department of Justice
                                     1100 L St. NW
                                     Washington, DC  20005
                                     Phone:    (202) 305-7919
                                     Fax:      (202) 616-8460
                                     E-mail:   Jordan.L.Von.Bokern2@usdoj.gov

                                     *Counsel for Defendants*