**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA**

| | |
|---|---|
| **AMERICAN COLLEGE OF PEDIATRICIANS**, on behalf of itself and its members;<br>**CATHOLIC MEDICAL ASSOCIATION**, on behalf of itself and its members; and<br>**JEANIE DASSOW, M.D.**,<br><br>*Plaintiffs,*<br><br>v.<br><br>**XAVIER BECERRA**, in his official capacity as Secretary of the United States Department of Health and Human Services; **UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES**; **LISA J. PINO**, in her official capacity as Director of the Office for Civil Rights of the U.S. Department of Health and Human Services; and **OFFICE FOR CIVIL RIGHTS OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**,<br><br>*Defendants.* | No. 1:21-cv-00195-TAV-SKL<br><br>**ORAL ARGUMENT REQUESTED** |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Plaintiffs move for partial summary judgment on the following claims:

- Claims against the Section 1557 Gender Identity Mandate:
  - Claim One: Administrative Procedure Act;
  - Claim Two: First Amendment Free Speech;
  - Claim Three: Religious Freedom Restoration Act;
  - Claim Four: First Amendment Free Exercise of Religion;
- Claim Six against the Grants Gender Identity Mandate (Administrative Procedure Act, Free Speech, RFRA, and Free Exercise);
- Claim Seven against the Delay of the Sunset Rule (Administrative Procedure Act, Regulatory Flexibility Act).

Attached to this motion is Plaintiffs' brief in support, which through citation to the record and the law shows that there is no genuine dispute as to any material fact and the movants are entitled to judgment as a matter of law. Plaintiffs also filed a consent motion to exceed the page limits for that brief (ECF No. 26).

Plaintiffs seek the following relief from the Court granting this motion:

- Declaratory relief that the Section 1557 Gender Identity Mandate, the Grants Gender Identity Mandate, and the Delay Rule of the SUNSET Rule (as described in the brief in support) are unlawful, set aside, and vacated;
- Permanent injunctive relief against Defendants' enforcement or implementation of the Section 1557 Gender Identity Mandate, the Grants Gender Identity Mandate, or the Delay Rule of the SUNSET Rule;
- Compelling agency action unlawfully withheld under the APA, requiring HHS to allow the 2021 repeal of the Grants Gender Identity Mandate to go into effect.

Pursuant to this Court's rules and procedures Plaintiffs will email a proposed form of order to the Court and to Counsel for Defendants.

Respectfully submitted, this 7th day of January 2022.

ANTHONY J. BILLER*
NC Bar No. 24,117
ENVISAGE LAW
2601 Oberlin Rd., NW, Ste. 100
Raleigh, NC 27608
Telephone: (919) 414–0313
Facsimile: (919) 782–0452
ajbiller@envisage.law

*Admitted pro hac vice

*s/ Matthew S. Bowman*
MATTHEW S. BOWMAN
DC Bar No. 993261
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
mbowman@ADFlegal.org

RYAN L. BANGERT*
TX Bar No. 24045446
JONATHAN A. SCRUGGS
TN Bar No. 25679
ALLIANCE DEFENDING FREEDOM
15100 N 90th Street
Scottsdale, AZ 85260

Telephone: (480) 444-0020
Facsimile: (480) 444-0028
rbangert@ADFlegal.org
jscruggs@ADFlegal.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I served this motion with the Clerk of Court and all parties using the ECF system.

Dated: January 7, 2022

*s/ Matthew S. Bowman*
MATTHEW S. BOWMAN
DC Bar No. 993261
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
mbowman@ADFlegal.org

*Counsel for Plaintiffs*