UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| American College of Pediatricians, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*,<br><br>Defendants. | Case No. 1:21-cv-195-TAV-SKL |

**DEFENDANTS' MOTION TO DENY AS PREMATURE
OR STAY PLAINTIFFS' EARLY MOTION FOR SUMMARY JUDGMENT**

Defendants hereby move this Court to deny as premature Plaintiffs' Motion for Partial Summary Judgment, ECF No. 27 (Jan. 7, 2021), or, in the alternative, to stay that motion until after resolution of Defendants' anticipated motion to dismiss. For the reasons set forth more fully in Defendants' accompanying Memorandum, denial or a stay of that motion for early summary judgment is appropriate. For these reasons, Defendants respectfully request that the Court grant this motion and enter an Order denying Plaintiffs' motion as premature or, in the alternative, enter an Order staying Plaintiffs' motion until after resolution of Defendants' anticipated motion to dismiss.

MOTION TO DENY OR STAY MOTION FOR SUMMARY JUDGMENT - 1

Case 1:21-cv-00195-TAV-SKL   Document 28   Filed 01/14/22   Page 1 of 2   PageID #: 782

Dated: January 14, 2022       Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Jordan L. Von Bokern*
JORDAN L. VON BOKERN (D.C. Bar No. 1032962)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St. NW
Washington, DC  20005
Phone:      (202) 305-7919
Fax:           (202) 616-8460
E-mail:     Jordan.L.Von.Bokern2@usdoj.gov

*Counsel for Defendants*

MOTION TO DENY OR STAY MOTION FOR SUMMARY JUDGMENT - 2