UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| AMERICAN COLLEGE OF PEDIATRICIANS, on behalf of itself and its members; CATHOLIC MEDICAL ASSOCIATION, on behalf of itself and its members; and JEANIE DASSOW, M.D., <br><br>  Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; LISA J. PINO, in her official capacity as Director of the Office for Civil Rights of the U.S. Department of Health and Human Services; and OFFICE FOR CIVIL RIGHTS OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No.: 1:21-cv-195-TAV-SKL |

## **ORDER OF RECUSAL**

Pursuant to 28 U.S.C. § 455, the undersigned judge hereby recuses himself in this matter.

ENTER:

                                s/ Thomas A. Varlan
                                UNITED STATES DISTRICT JUDGE