UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| AMERICAN COLLEGE OF PEDIATRICIANS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> *Defendants*. | Case No. 1:21-cv-195 <br><br> Judge Travis R. McDonough <br><br> Magistrate Judge Susan K. Lee |

## SCHEDULING ORDER

1. *__Introduction__*: Pursuant to Federal Rule of Civil Procedure 16(b), a scheduling conference was held in this case on **July 12, 2022**.

2. *__Jurisdiction__*: In this case, the subject matter jurisdiction of the Court has been invoked pursuant to 28 U.S.C. §§ 1331 and 1346. Defendants anticipate raising jurisdictional defenses in their forthcoming motion to dismiss.

3. *__Consent to a Magistrate Judge__*: The parties do not consent that all proceedings in this case may be conducted by a United States Magistrate Judge in accordance with 28 U.S.C. § 636(c).

4. *__Motion to Dismiss__*:

    (a) *__Defendants' Brief__*: Defendants shall have until **July 19, 2022**, to file their motion to dismiss and brief in support thereof.

    (b) *__Response & Reply__*: Plaintiffs shall file any response no later than **August 18, 2022**. Defendants may file a reply to any response filed by Plaintiffs no later than **August 31, 2022**.

(c) ***Oral Argument***:  Oral argument on the Defendants' motion to dismiss, if the Court deems it necessary, shall take place in Courtroom 3 on **October 7, 2022**, at **9:00 a.m.** at the U. S. Courthouse, 900 Georgia Avenue, Chattanooga, Tennessee.

5. ***Disclosure and Discovery***:

    (a) ***Rule 26(f) Meeting***:  The parties have held a discovery planning meeting as required by Rule 26(f).

    (b) ***Discovery Plan***:  The parties have filed with the Court a discovery plan in accordance with Rule 26(f).

    (c) ***Initial Disclosures***:  The parties agree this case is exempt from initial disclosures under Rule 26(a)(1)(B)(i).

    (d) ***Administrative Record Production***:  Defendants shall file an index of the administrative record and serve the administrative record on Plaintiffs on or before **November 15, 2022.**

    (e) ***Expert Testimony***:  The parties do not anticipate any need for expert testimony at this time.  The parties should notify the Court no later than **December 5, 2022**, if any party ultimately does seek to disclose an expert.

    (f) ***All Discovery***:  The parties do not anticipate any need for discovery in this case except for possible jurisdictional discovery.  Any motion to allow limited discovery or to supplement or complete the administrative record should be filed no later than **December 12, 2022**.

6. ***Other Scheduling Matters***:

    (a) ***Amendment of Pleadings***:  If any party wishes to amend the pleadings, such motion should be filed on or before **December 5, 2022**.

    (b) ***Dispositive Motions***:  All dispositive motions under Rule 12 and all motions for summary judgment pursuant to Rule 56 shall be filed as soon as possible, but no later than **January 30, 2023**.  The failure to timely file such motions will be grounds to summarily deny them.  The parties must comply with § 5.H. of the Court's preferences concerning joint appendices relating to motions for summary judgment.

    (c) ***Dispositive Motions Hearing***:  Oral argument on the parties' dispositive motions, if the Court deems it necessary, shall take place in Courtroom 3 on **April 24, 2023**, at **9:00 a.m.** at the U. S. Courthouse, 900 Georgia Avenue, Chattanooga, Tennessee.  If this case is not heard immediately, it will be held in line until the following day or anytime during the week of the scheduled hearing date.  **SHOULD THE SCHEDULED HEARING DATE CHANGE FOR ANY**

**REASON, THE OTHER DATES CONTAINED IN THIS ORDER SHALL REMAIN AS SCHEDULED. SHOULD THE PARTIES DESIRE A CHANGE IN ANY OF THE OTHER DATES, THEY SHOULD NOTIFY THE COURT AND SEEK AN ORDER CHANGING THOSE DATES.**

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**