UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| AMERICAN COLLEGE OF PEDIATRICIANS, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) |
| XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*, | ) ) ) ) ) ) |
| *Defendants*. | ) ) |

Case No. 1:21-cv-195

Judge Travis R. McDonough

Magistrate Judge Susan K. Lee

## ORDER

This matter is before the Court for case-management purposes. In its scheduling order, the Court ordered that "[o]ral argument on the Defendants' motion to dismiss, if the Court deems it necessary, shall take place in Courtroom 3 on **October 7, 2022,** at **9:00 a.m.** at the U.S. Courthouse, 900 Georgia Avenue, Chattanooga, Tennessee. (Doc. 50, at 2 (emphasis original).) The Court **FINDS** oral argument on Defendants' motion (Doc. 51) to be unnecessary. Therefore, the hearing set for October 7, 2022, at 9:00 a.m. is hereby **CANCELLED**.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**