# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

AMERICAN COLLEGE OF
PEDIATRICIANS, *et al.*,

     *Plaintiffs*,

v.

XAVIER BECERRA, in his official
capacity as Secretary of the United States
Department of Health and Human Services,
*et al.*,

     *Defendants*.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:21-cv-195

Judge Travis R. McDonough

Magistrate Judge Susan K. Lee

---

## ORDER

---

Consistent with the contemporaneously filed memorandum opinion, Defendants' motion

to dismiss (Doc. 51) is **GRANTED**, and this action is **DISMISSED**. The Clerk is **DIRECTED**

to **CLOSE** the case.

> **/s/ *Travis R. McDonough***
> **TRAVIS R. MCDONOUGH**
> **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ LeAnna R. Wilson
 CLERK OF COURT