IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| **AMERICAN COLLEGE OF PEDIATRICIANS**, on behalf of itself and its members; and **CATHOLIC MEDICAL ASSOCIATION**, on behalf of itself and its members, <br><br> *Plaintiffs*, <br><br> v. <br><br> **XAVIER BECERRA**, *et al.*, <br><br> *Defendants*. | Case No. 1:21-cv-195 <br><br> Judge Travis R. McDonough <br><br> Magistrate Judge Susan K. Lee |

## NOTICE OF APPEAL

Plaintiffs American College of Pediatricians and Catholic Medical Association appeal to the United States Court of Appeals for the Sixth Circuit: from the Memorandum Opinion and order (Doc. 61), entered on November 18, 2022, as to dismissal of Claims One through Five of the first amended complaint (Doc. 15); and from the Order and final judgment as to those claims (Doc. 62), entered on November 18, 2022.

Respectfully submitted this 13th day of January, 2023.

By: */s/ Matthew S. Bowman*

| | |
|---|---|
| ANTHONY J. BILLER* <br> NC Bar No. 24,117 <br> ENVISAGE LAW <br> 2061 Oberlin Road NW, Suite 100 <br> Raleigh, NC 27608 <br> Telephone: (919) 414-0313 <br> Facsimile: (919) 782-0452 <br> ajbiller@envisage.law | MATTHEW BOWMAN <br> DC Bar No. 490159 <br> ALLIANCE DEFENDING FREEDOM <br> 440 First Street NW, Suite 600 <br> Washington, DC 20001 <br> Telephone: (202) 393-8690 <br> Facsimile: (202) 347-3622 <br> mbowman@ADFlegal.org |

1

RYAN L. BANGERT*
TX Bar No. 24045446
JONATHAN SCRUGGS
TN Bar No. 25679
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028
rbangert@ADFlegal.org
jscruggs@ADFlegal.org

JULIE M. BLAKE*
VA BAR NO. 97891
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, Virginia 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4790

*Counsel for Plaintiffs American College of Pediatricians and
Catholic Medical Association*
*\*Admitted pro hac vice*